IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY MICHAEL PRATT, JR.                                                                    PLAINTIFF

v.                                    Case No. 1:22-cv-01050

SHERIFF RICKY ROBERTS, and
CAPTAIN RICHARD MITCHAM                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 5, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 38. Plaintiff Barry Michael Pratt, Jr. has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims against Defendant Sheriff Ricky Roberts are hereby **DISMISSED WITH PREJUDICE**, and Plaintiff's claims against Defendant Captain Richard Mitcham are hereby **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS SO ORDERED**, this 27th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Judge Bryant notes that in Plaintiff's Motion to Proceed to trial, he abandons his claims against Defendant Mitcham. ECF No. 28. In their reply, Defendants agreed to that abandonment. ECF No. 31. Thus, Judge Bryant recommends dismissal without prejudice insofar as Plaintiff brings claims against Defendant Mitcham. ECF No. 38, at 6 ("[T]he Court interprets the summary judgment briefing by the parties to be a stipulation of the voluntary dismissal of Defendant Mitcham and recommends dismissal of all claims asserted against Defendant Mitcham without prejudice.").